# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| JOSEPH SUSTACHA, | ) | 3:15-cv-00532-MMD-WGC |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | August 18, 2016 |
| KAREN GEDNEY, et al., | ) | |
| Defendants. | ) | |

PRESENT:  THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:  KATIE LYNN OGDEN   REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the court is Defendant Johns' Motion to Vacate July 20, 2016 Attorney General Report Deadline. (ECF No. 18.)  The court previously granted the parties' stipulation to vacate the Early Mediation Conference (EMC) and extend the 90 day stay to and including September 19, 2016 to accommodate a rescheduling of the EMC. (ECF No. 17.) Subsequent to the filing of Defendant's motion, the court rescheduled the EMC to September 20, 2016. (ECF No. 19.)

Therefore, the court **extends** the both the 90 day stay and deadline for the Office of the Attorney General to file its Report on the results of the stay **to and including Friday, September 23, 2016.**

Defendant's motion (ECF No. 18), is denied as moot.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:   /s/
         Deputy Clerk